UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

MINUTES OF PROCEEDINGS AND ORDER

---

| | |
|---|---|
| Tremain Hogan, | CASE NO. 1:20-cv-01496-DAP |
| Plaintiff, | |
| vs. | DISTRICT JUDGE<br>Dan Aaron Polster |
| Ashley Lucas, *et al.*, | |
| Defendants. | MAGISTRATE JUDGE<br>James E. Grimes Jr. |

---

PROCEEDINGS:

Today, June 29, 2023 at 10:00 A.M., I held a mediation. Present were Plaintiff with counsel Nora E. Loftus and Defendants' representative Margaret Moore with counsel Mindy E. Worly. The parties agreed to a settlement. Plaintiff will dismiss the action with prejudice within 30 days of the receipt of settlement payment.

---

Total Time: 4 hours, 30 minutes
Dated: June 29, 2023

                                                       */s/ James E. Grimes Jr.*
                                                       James E. Grimes Jr.
                                                       U.S. Magistrate Judge