IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TREMAIN HOGAN, | ) |
| | ) Case No. 1:20-cv-01496 |
| Plaintiff, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) STIPULATED DISMISSAL |
| NURSE ASHLEY LUCAS, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

On April 17, 2023, the Court referred this case, with the parties' consent, to Magistrate Judge Grimes for mediation and/or settlement. On June 29, 2023, the parties agreed to a settlement during the mediation conference before Magistrate Judge Grimes. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed and to enforce its terms.

**IT IS SO ORDERED.**

Date: September 28, 2023

*/s/ Dan Aaron Polster*
Dan Aaron Polster
United States District Judge